IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WESTMOR PARTNERS, LLC**                                              **PLAINTIFF**

VS.                                NO.  5:05CV00140

**PARIS DEVELOPMENT CORPORATION, INC.**
**AND W. DENNIS DANIEL**                                               **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to reopen case. (Docket # 14). For good cause shown, the motion is GRANTED. The Clerk of the Court is directed to reopen this case as to all Defendants. The Court will issue an amended scheduling order forthwith.

IT IS SO ORDERED this 6th day of February, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　James M. Moody
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge