**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WESTMOR PARTNERS, LLC**                                         **PLAINTIFF**

VS.                             NO.  5:05CV00140

**PARIS DEVELOPMENT CORPORATION, INC.**
**AND W. DENNIS DANIEL**                                     **DEFENDANTS**

## ORDER

Pursuant to the parties' stipulation of dismissal, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 5th day of September, 2007.

                                                          James M. Moody
                                                          United States District Judge